# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR POPULAR DEMOCRACY,  )<br>  )<br>*Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>INTERNAL REVENUE SERVICE,  )<br>  )<br>*Defendant*.  )<br>  ) | Civil Action No. 1:24-cv-02929 (CJN) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report.

This is an action under the Freedom of Information Act (FOIA), in which plaintiff Center for Popular Democracy (CPD) seeks to compel defendant Internal Revenue Service (IRS) to produce records responsive to a request CPD submitted on March 28, 2023, and modified on April 7, 2023. On March 27, 2024, the IRS issued its final response to CPD's request, stating that it had located 3,306 pages of responsive records and that it was withholding the records in their entirety pursuant to FOIA exemptions. CPD filed an administrative appeal, which the IRS denied on August 2, 2024. CPD filed its complaint on October 17, 2024. The IRS filed its answer on November 20, 2024.

The IRS has agreed to review the responsive documents previously located and anticipates make rolling productions of about 500 pages per month. On February 27, 2025, the IRS made its first production consisting of 536 pages. The parties respectfully request that the Court direct that they file another joint status report in ninety days, updating the Court on the parties' status in this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael T. Kirkpatrick* <br> MICHAEL T. KIRKPATRICK <br> D.C. Bar No. 486293 <br> Public Citizen Litigation Group <br> 1600 20th Street NW <br> Washington, DC 20009 <br> (202) 588-7728 <br> mkirkpatrick@citizen.org <br><br> *Counsel for Plaintiff* | DAVID A. HUBBERT <br> Deputy Assistant Attorney General <br><br> */s/ Kristina M. Portner* <br> KRISTINA M. PORTNER <br> D.C. Bar # 1002793 <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 227 <br> Washington, D.C. 20044 <br> Tel: 202-514-0451 <br> Fax: 202-514-6866 <br> kristina.m.portner@usdoj.gov <br><br> *Counsel for Defendant* |

Dated: March 19, 2025