**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CENTER FOR POPULAR DEMOCRACY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-02929 (CJN) |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report.

This is an action under the Freedom of Information Act (FOIA), in which plaintiff Center for Popular Democracy (CPD) seeks to compel defendant Internal Revenue Service (IRS) to produce records responsive to a request CPD submitted on March 28, 2023, and modified on April 7, 2023. On March 27, 2024, the IRS issued its final response to CPD's request, stating that it had located 3,306 pages of responsive records and that it was withholding the records in their entirety pursuant to FOIA exemptions. CPD filed an administrative appeal, which the IRS denied on August 2, 2024. CPD filed its complaint on October 17, 2024. The IRS filed its answer on November 20, 2024.

The IRS is reviewing the responsive documents previously located and making rolling productions. On February 27, 2025, the IRS made its first production consisting of 536 pages. On March 26, 2025, the IRS made its second production consisting of 542 pages. On April 29, 2025, the IRS made its third production consisting of 726 pages. On May 30, 2025, the IRS made its fourth production consisting of 511 pages. The parties anticipate that the IRS will complete its production by the end of July 2025.

The parties respectfully request that the Court direct that they file another joint status report in ninety days, updating the Court on the status of this case.

Respectfully submitted,

<table>
<tr><td>

*/s/ Michael T. Kirkpatrick*<br>
MICHAEL T. KIRKPATRICK<br>
D.C. Bar No. 486293<br>
Public Citizen Litigation Group<br>
1600 20th Street NW<br>
Washington, DC 20009<br>
(202) 588-7728<br>
mkirkpatrick@citizen.org<br>
<br>
*Counsel for Plaintiff*

</td><td>

*/s/ Kristina M. Portner*<br>
KRISTINA M. PORTNER<br>
D.C. Bar # 1002793<br>
Trial Attorney, Tax Division<br>
U.S. Department of Justice<br>
P.O. Box 227<br>
Washington, D.C. 20044<br>
Tel: 202-514-0451<br>
Fax: 202-514-6866<br>
kristina.m.portner@usdoj.gov<br>
<br>
*Counsel for Defendant*

</td></tr>
</table>

Dated: June 17, 2025