# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR POPULAR DEMOCRACY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> *Defendant*. ) | Civil Action No. 1:24-cv-02929 (CJN) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

*/s/ Michael T. Kirkpatrick*
MICHAEL T. KIRKPATRICK
D.C. Bar No. 486293
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org

*Counsel for Plaintiff*

*/s/ Kristina M. Portner*
KRISTINA M. PORTNER
D.C. Bar # 1002793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-514-0451
Fax: 202-514-6866
kristina.m.portner@usdoj.gov

*Counsel for Defendant*